UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL TREJO, | Case No. CV 14-119-AJW |
| Petitioner, | |
| v. | JUDGMENT |
| JEFFREY BEARD, Secretary of the California Department of Corrections and Rehabilitation, | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: August 24, 2015

_____
Andrew J. Wistrich
United States Magistrate Judge